**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DOMINIC A.                                       :
                                                 :
                                                 :
    v.                                           :        NO. 25-CV-6141
                                                 :
FRANK BISIGNANO,                                 :
Commissioner of Social Security                  :
                                                 :

**O R D E R**

AND NOW, this 7th day of July, 2026, it is hereby ORDERED that Claimant's Request

for Review is DENIED, and JUDGMENT IS ENTERED in favor of Defendant;

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

SCOTT W. REID, J.
UNITED STATES MAGISTRAGE JUDGE